

# Fourth Court of Appeals
## San Antonio, Texas

October 29, 2021

No. 04-21-00399-CV

**IN THE INTEREST OF C.L.B. AND S.T.B., CHILDREN**

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-CI-19721
Honorable Antonia Arteaga, Judge Presiding

# O R D E R

The trial court clerk has filed a notification of late record, stating that the appellant failed to pay or make arrangements to pay the fee for preparing the clerk's record and that appellant is not entitled to preparation of the clerk's record without paying the fee.[1]

It is therefore ORDERED that appellant provide written proof to this court on or before **November 12, 2021**, that either (1) the clerk's fee has been paid or arrangements have been made to pay the clerk's fee; or (2) appellant is entitled to appeal without paying the clerk's fee. If appellant fails to respond within the time provided, this appeal will be dismissed for want of prosecution. *See* TEX. R. APP. P. 37.3(b); *see also* TEX. R. APP. P. 42.3(c) (allowing dismissal of appeal if appellant fails to comply with an order of this court).

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of October, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court

---

[1]The court reporter has also filed a notification of late record, stating that the appellant is not entitled to appeal without paying the fee, and that the appellant has failed to pay the fee or make arrangements to pay the fee for preparing the reporter's record. Because this appeal may be subject to dismissal, the court reporter's notification of late record is HELD IN ABEYANCE.